IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



MICHAEL DUCHELLE GREEN,

    Plaintiff,

v.                                              Civil Action No. 3:16CV859

CHARLES NWAOKOCHA, et al.,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on November 16, 2016, the Court conditionally docketed Michael Duchelle Green's 42 U.S.C. § 1983 action. The November 16, 2016 Memorandum Order warned that the Court would dismiss the action if Green failed to keep the Court informed of his current address. On June 15, 2017, the United States Postal Service ("USPS") returned a June 1, 2017 Memorandum Order marked "Forward to: 48 Summerville[,] Buffalo Junction, VA 24529." (ECF No. 15.) On June 16, 2017, the Court forwarded the June 1, 2017 Memorandum Order to 48 Summerville, Buffalo Junction, VA 24529. On June 23, 2017, the USPS returned the forwarded June 1, 2017 Memorandum Order to the Court marked, "RETURN TO SENDER," "NO SUCH NUMBER," and "UNABLE TO FORWARD." (ECF No. 16.) Since that date, Green has not contacted the Court to provide a current address. Green's failure to contact the Court and provide a current address indicates his lack of

interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Green.

/s/ REP

Robert E. Payne
Senior United States District Judge

Date: July 12, 2017
Richmond, Virginia